Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – SEATTLE

| | |
|---|---|
| AVTECH CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAY-RAY PRODUCTS, INC.,<br><br>    Defendant. | Case No. 2:09-cv-01038-MJP<br><br>**PRAECIPE** |

Attached hereto is the corrected [Proposed] Order Granting Motion to Dismiss for Lack of Personal Jurisdiction or to Transfer. On page one, line 21, the proposed order filed in this action on September 28, 2009 (Docket No. 6) inadvertently identified the district court as "the Central District of Columbia." The corrected proposed order filed herewith corrects that reference to "the Central District of California."

Dated this 29th day of September, 2009.

                     s/   Brian G. Bodine
                     Brian G. Bodine

[PROPOSED] ORDER MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR TO TRANSFER - 1
NO. 2:09-cv-01038-MJP

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

# CERTIFICATE OF SERVICE

I, Brian G. Bodine, hereby certify that on the 29th day of September 2009, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR TO TRANSFER** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following via email:

| | |
|---|---|
| Gregory S. Wright<br>WRIGHT & ASSOCIATES PS<br>10900 NE 4th Street, Suite 2300<br>Bellevue, Washington 98004-5882<br>Tel: (425) 818-2155<br>Fax: (800) 621-2949<br><br>gwright@wrightattorneys.com<br>gregg.wright@wrightattorneys.com<br>courtney.elsos@wrightattorneys.com | Attorney for Plaintiff Avtech Corporation |

                                          s/Brian G. Bodine
                                                Brian G. Bodine

[PROPOSED] ORDER MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR TO TRANSFER - 2
NO. 2:09-cv-01038-MJP

**MERCHANT & GOULD P.C.**
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200