1

Honorable Marsha J. Pechman

2

3

4

5

6            UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON – SEATTLE

7
AVTECH CORPORATION,                        Case No. 2:09-cv-01038-MJP
8
            Plaintiff,                     **[PROPOSED] ORDER GRANTING
9                                          MOTION TO DISMISS FOR LACK OF
        vs.                                PERSONAL JURISDICTION OR TO
10                                         TRANSFER**
DAY-RAY PRODUCTS, INC.,
11                                         **NOTED FOR CONSIDERATION:
            Defendant.                     October 23, 2009**
12

13

14        THIS MATTER came before the Court upon the Motion to Dismiss or in the

Alternative to Transfer filed by Defendant Day-Ray, Inc.  The Court has reviewed the motion,
15
the opposition, the reply, and all declarations and evidence submitted by the parties in support
16
of and in opposition to Day-Ray's motion.
17
          IT IS HEREBY ORDERED that Day-Ray's motion to dismiss is GRANTED.  The
18
Complaint filed by Plaintiff Avtech, Inc. is dismissed because the Court lacks personal
19
jurisdiction over Day-Ray and because venue is inappropriate here.  In the alternative,

20        IT IS HEREBY ORDERED that this case is transferred to the United States District

Court for the Central District of California.
21
          Entered this _____ day of _____, 2009.
22

23                                         _____

24                                         Honorable Marsha J. Pechman
                                           United States District Court Judge
25

[PROPOSED] ORDER MOTION TO DISMISS FOR LACK OF        **MERCHANT & GOULD P.C.**
PERSONAL JURISDICTION OR TO TRANSFER - 1              **701 FIFTH AVENUE, SUITE 4100**
NO. 2:09-cv-01038-MJP                                 **SEATTLE, WASHINGTON 98104**
                                                       **TELEPHONE: (206) 342-6200**

**CERTIFICATE OF SERVICE**

I, Brian G. Bodine, hereby certify that on the 29th day of September 2009, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR TO TRANSFER** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following via email:

Gregory S. Wright at
gwright@wrightattorneys.com
gregg.wright@wrightattorneys.com
courtney.elsos@wrightattorneys.com

_\_\_\_s/Brian G. Bodine_____
Brian G. Bodine

[PROPOSED] ORDER MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION OR TO TRANSFER - 2
NO. 2:09-cv-01038-MJP

**MERCHANT & GOULD P.C.**
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200